ACCEPTED
03-14-00323-CV
4558090
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 9:56:18 AM
JEFFREY D. KYLE
CLERK



# THE WILLIS LAW GROUP
### A LEGAL DEFENSE FIRM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/19/2015 9:56:18 AM

JEFFREY D. KYLE
Clerk

March 18, 2015

*Via Electronic Filing*
Clerk, Court of Appeals
Third District of Texas
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, TX 78701

> Re:   Court of Appeals No. 03-14-00323-CV
> Trial Court Case No. CV12-0444
> *Roger Bufler and Sandy Bufler v Apeck Construction, LLC*
> File No: 958.0347

Dear Clerk:

This is to advise the Court that, assuming the Court accepts Appellant's Waiver of Oral Submission as filed with the Court on March 16, 2015, Appellee likewise waives its right to oral submission.

Additionally, please note that Chris Villa, previously identified as additional counsel for Appellee, is no longer with The Willis Law Group.  Accordingly, please remove his name from the docket in this matter.

If you should have any questions, please feel free to contact me.

Sincerely,

/s/ *Lorin M. Subar*

Lorin M. Subar

cc:   *Via Fax 512-472-6823*
Trey L. Dolezal
Kasling, Hemphill, Dolezal & Atwell, L.L.P.
305 Congress Avenue, Suite 300
Austin, Texas  78701

**DALLAS | HOUSTON | SAN ANTONIO | OKLAHOMA CITY |  NEW ORLEANS**

**The Willis Law Group, PLLC** | 10440 N. Central Expy, Ste. 520, Dallas, Texas 75231 | (214) 736.9433 – Main | (214) 736.9994 – Facsimile | **www.thewillislawgroup.com**

Clerk, Court of Appeals
March 18, 2015
Page 2


bcc:

*Via Email:* *[Sonja_turner@gbtpa.com](mailto:Sonja_turner@gbtpa.com)*
Sonja Turner

<ul style="list-style:none">
</ul>

        Re:    Claim No:   002979-031081-GB-01
                 Court of Appeals No. 03-14-00323-CV
                 Trial Court Case No. CV12-0444
                 *Roger Bufler and Sandy Bufler v Apeck Construction, LLC*
                 File No: 958.0347